UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

CORTEZ CODY,
Individually and on behalf of all others

    Plaintiff,

v.

THE ORSUS GROUP, INC.

    Defendant.

Case No. 5:19-cv-6003

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant The Orsus Group, Inc. ("Orsus") hereby provides notice of the removal of this action from the Circuit Court of Clinton County, Missouri to the United States District Court for the Western District of Missouri, St. Joseph Division. In support of this removal, Orsus states as follows:

### Timeliness of Removal

1. On November 8, 2018, Plaintiff filed a Petition in the Circuit Court of Clinton County, Missouri, styled *Cortez Cody v. The Orsus Group, Inc.*, No. 18CN-CC00079, on behalf of himself and a purported class. (*See* Petition and Summons, attached as Exhibit A).

2. The Petition and Summons were first served upon Orsus on December 5, 2018. All other process, pleadings, or papers that have been filed in this matter are attached as Exhibit B.

3. The filing of this Notice of Removal meets the requirements of 28 U.S.C. § 446(b), as it is being filed with this Court within 30 days after service.

## Appropriate Venue

4.  Because the Circuit Court of Clinton County lies within the Western District of Missouri, this Court is the appropriate venue for removal. 28 U.S.C. §§ 105(b), 1441(a), and 1446(a).[1]

## Nature of Claims and Federal Question Jurisdiction

5.  Plaintiff's Petition alleges a claim, on behalf of himself and a purported class, for violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq.

6.  Plaintiff's claim is within the Court's federal question jurisdiction. 28 U.S.C. § 1331. Pursuant to 28 U.S.C. § 1441(b), an action within this Court's federal question jurisdiction is removable without regard to the parties' citizenship or residence.

7.  Promptly after removal, Orsus will file a copy of this Notice with the Clerk of the Circuit Court of Clinton County, Missouri, and will provide notice to Plaintiff as required by 28 U.S.C. §1446.

8.  Pursuant to Local Rule 7.0(a), a completed Civil Cover Sheet is being filed contemporaneously with this Notice of Removal.

9.  By filing this Notice of Removal, Orsus does not waive any defense, jurisdictional or otherwise, which it may possess, including the contention that Plaintiff lacks standing pursuant to Article III of the United States Constitution because he sustained no injury-in-fact.

---

[1] Orsus reserves all rights with regard to venue issues.

10. For all the foregoing reasons, removal of this action to this Court is proper pursuant to the provisions of 28 U.S.C. §§ 1331, 1441, and 1446.

      **/s/ Uzo N. Nwonwu**
Alan L. Rupe, #56013
Uzo N. Nwonwu, #59713
LEWIS BRISBOIS BISGAARD & SMITH LLP
4600 Madison Avenue, Suite 700
Kansas City, MO 64112
Telephone: 816.299.4244
Facsimile: 816.299.4245
alan.rupe@lewisbrisbois.com
uzo.nwonwu@lewisbrisbois.com

*Attorneys for Defendant The Orsus Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January, 2019, the foregoing was electronically filed using the Court's CM/ECF system and further certify that I have mailed a copy by U.S. Mail, first-class postage prepaid, to the following counsel of record:

Charles Jason Brown
Jayson A. Watkins
BROWN & WATKINS LLC
301 S. US 169 Hwy
Gower, MO 64454

*Attorneys for Plaintiff Cortez Cody*

      **/s/ Uzo N. Nwonwu**
Uzo N. Nwonwu