# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| CORTEZ CODY, | ) |
| Plaintiffs, | ) |
| vs. | ) Case No.: 5:19-CV-6003-BP |
| THE ORSUS GROUP, INC., | ) |
| Defendant. | ) |

## CLERK'S ORDER OF DISMISSAL

On the 28TH day of February, 2019, the plaintiff herein having filed a Notice of Voluntary Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint is hereby dismissed with prejudice. Each party to bear its own costs.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Kelly McIlvain**
Deputy Clerk

Date: 3/1/2019